■ NORMA J. KERBER, Appellant, v HAROLD SARLES, Defendant, and SHERIDAN PARK HOSPITAL, INC., Appellant. (And a Third-Party Action.)—Order unanimously affirmed with costs. Memorandum: In affirming, we do not adopt any inference in Special Term's decision which could be interpreted as holding that the hospital is vicariously liable for the acts of an independent physician *(see, Hill v St. Clare's Hosp.,* 67 NY2d 72, 79; *Bleiler v Bodnar,* 65 NY2d 65, 73); however, there is a question of fact whether the hospital provided the anesthetist and, if so, whether it can be held liable *(see, Hill v St. Clare's Hosp., supra,* at 80-81). (Appeal from order of Supreme Court, Erie County, Gossel, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.